UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JONES, et al.,<br><br>Defendants. | No. 2:15-cv-1525 AC P<br><br><br><br>ORDER |

By order filed June 12, 2019, plaintiff's motion to compel was granted in part and defendants were ordered to provide responses to Requests for Production Nos. 3, 11, and 12 as set forth in the order. ECF No. 37. However, the order did not specify a deadline for defendants' compliance.

Accordingly, IT IS HEREBY ORDERED that defendants shall serve the discovery responses outlined in the June 12, 2019 order by July 12, 2019.

DATED: June 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE