1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KASEY F. HOFFMANN,                          No.  2:15-cv-1525 AC P

12                      Plaintiff,

13           v.                                    ORDER

14    KEVIN JONES, et al.,

15                      Defendants.

16

17           Currently before the court is defendants' motion to dismiss the complaint and for

18    monetary sanctions based on plaintiff's failure to comply with the court's order compelling

19    discovery.  ECF No. 40.  Plaintiff has filed supplemental responses to interrogatories (ECF No.

20    41) and a statement claiming that he requested a two-week extension of time to provide his

21    supplemental responses prior to the deadline for doing so (ECF No. 42).  However, it is not clear

22    whether plaintiff intended these two documents as his response to defendants' motion.  Plaintiff

23    will therefore be provided another opportunity to file a response addressing the motion to dismiss

24    and for sanctions.  If plaintiff does not file any further response, the court will construe the

25    supplemental interrogatory responses and statement regarding his request for an extension of time

26    as plaintiff's response.

27           Accordingly, IT IS HEREBY ORDERED that:

28           1.  Plaintiff shall have fourteen days from the service of this order to file a response to

defendants' motion to dismiss and for sanctions. If plaintiff does not file a response, the court will construe the supplemental interrogatory responses (ECF No. 41) and statement regarding plaintiff's request for an extension of time (ECF No. 42) as his response.

2. Defendants may file a reply within seven days of the filing of plaintiff's response, or in the event he does not file a response, within seven days of plaintiff's deadline for filing a response.

DATED: September 11, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE