UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN, | No. 2:15-cv-1525 AC P |
| Plaintiff, | |
| v. | ORDER |
| KEVIN JONES, et al., | |
| Defendants. | |

On October 19, 2017, an Order Re Consent or Request for Reassignment was issued in this case, together with the appropriate form, and was to be provided to defendants at service. ECF. Nos. 15, 16. Defendants have yet to return the required form.

Accordingly, IT IS HEREBY ORDERED that within five days of this order, defendants shall complete and return the Order Re Consent or Request for Reassignment, ECF No. 16.

DATED: March 12, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE