UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN JONES, et al.,<br><br>        Defendants. | No.  2:15-cv-01525-TLN-AC<br><br>ORDER |

   Kasey F. Hoffmann ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 16, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  (ECF No. 48.)  Neither party has filed objections to the Findings and Recommendations.

   Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 16, 2020 (ECF No. 48), are adopted in full;

2. Defendants' Motion for Sanctions (ECF No. 40) is GRANTED in part and DENIED in part as follows:

   a. GRANTED as to terminating sanctions, and

   b. DENIED as to monetary sanctions.

3. This action is DISMISSED, with prejudice, for failure to comply with a court order. *See* Fed. R. Civ. P. 37(b)(2)(A); Fed. R. Civ. P. 41(b); L.R. 110.

IT IS SO ORDERED.

DATED:  April 15, 2020

Troy L. Nunley
United States District Judge